### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LINDA SHIPMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO.  05-4180-GPM** |
| | ) | |
| **WAL-MART STORES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on the Stipulation for

Dismissal (Doc. 16) filed by the parties.

**IT IS ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil

Procedure 41(a)(1)(ii) and the Stipulation for Dismissal filed November 22, 2005, this action is

**DISMISSED with prejudice**.

**DATED**:  11/29/05

NORBERT G. JAWORSKI, CLERK


By:  s/ Linda M. Cook
         Deputy Clerk



APPROVED: s/ G. Patrick Murphy
               G. PATRICK MURPHY
               CHIEF U.S. DISTRICT JUDGE